Argued November 13, decided December 2, rehearing denied December 30, 1913.

## KRONENBERG *v.* WALKER WAREHOUSE CO.

(136 Pac. 666.)

From Coos: JOHN S. COKE, Judge.

This is a suit by J. L. Kronenberg against the Walker Warehouse Company, wherein a decree was rendered for the plaintiff, and defendant appeals.

AFFIRMED.

For appellant there was a brief and an oral argument by *Mr. G. T. Treadgold.*

For respondent there was a brief over the names of *Mr. F. J. Feeney, Mr. A. J. Sherwood* and *Mr. L. A. Liljeqvist,* with oral arguments by *Mr. Feeney* and *Mr. Sherwood.*

Department 2.   MR. JUSTICE BEAN delivered the opinion of the court.

This is a suit to enjoin the defendant from constructing a building in front of lot 1, block 3, in Woodland addition to the city of Bandon, Coos County, Oregon, between that lot and the established wharf line of the city.   The trial court rendered a decree in favor of plaintiff, and defendant appeals.

The facts in this suit, and the rights of the parties, are substantially the same as in the case of *Rasmussen* v. *Walker Warehouse Co. et al., ante,* p. 316 (136 Pac. 661), in which an opinion has this day been rendered. The form of the suit corresponds with that of *Oliver* v. *Klamath Lake Nav. Co.,* 54 Or. 95 (102 Pac. 786).   It is unnecessary, therefore, to say anything in addition

to that which was said in the Rasmussen case. The same decree will be entered in this suit as in that one, affirming the decree of the lower court.

                                              Affirmed.

Mr. Chief Justice McBride, Mr. Justice Eakin and Mr. Justice McNary concur.